JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN, | Case No. CV 07-819-CAS (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| LEROY BACA, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that defendant's Motion to Dismiss is granted and Judgment be entered dismissing this action without leave to amend and with prejudice.

DATED: January 15, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE